**Dismissed and Memorandum Opinion filed November 17, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00460-CV

### ALLEN F. CALTON, Appellant

### V.

### JASON NEWMAN, LAUREN TANNER AND BAKER BOTTS, LLP, Appellees

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2014-09348**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 20, 2015. No clerk's record has been filed. On June 26, 2015, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. In response, appellant filed an affidavit of indigence. The Harris County District Clerk filed a contest. On July 15, 2015, the trial court signed an order sustaining the District Clerk's contest.

On October 13, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.